**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MONALETHA CLINCY,**

*Plaintiff,*

*v.*

**PACKAGING CORPORATION OF
AMERICA, et al.,**

*Defendants.*

CAUSE NO. 3:23-CV-547-CWR-LGI

## ORDER

On February 3, 2025, this Court issued an Order deeming admitted Plaintiff's first set of requests for admissions. Plaintiff subsequently moved for partial summary judgment. Defendant Packaging Corporation of America (PCA) timely responded in opposition.

On February 24, 2025, counsel for PCA emailed the chambers of the Magistrate Judge requesting a telephone conference. He seeks permission to file a motion to alter or amend the February 3 ruling.

The Court finds it appropriate to consider the motion for partial summary judgment alongside any motion to alter or amend. Accordingly, to the extent PCA wishes to present arguments for alteration or amendment that are not already contained in its opposition to partial summary judgment, it has until March 6, 2025 to file such a motion. No pre-motion telephonic conference is required in this instance.

**SO ORDERED**, this the 27th day of February, 2025.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE